JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL L. CARLSEN<br><br>　　　Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE; DIRECT FUNDING CORP.; and DOES 1-20;<br>　　　Defendants. | Case No.: EDCV 09-00990-SGL-MAN<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed: March 25, 2009;<br>Removed: May 22, 2009 |

　　　Plaintiff Noel L. Carlsen and Defendant GMAC Mortgage, LLC stipulated, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1), that all claims and demands asserted by Plaintiff Noel L. Carlsen in this action shall be dismissed without prejudice, each party to bear his or its own costs and attorneys fees. It appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

　　　IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff Noel L. Carlsen in this action shall be and hereby are dismissed without prejudice, each

///

///

---

1  party to bear his or its own costs and attorneys' fees. All pending hearings are hereby
2  vacated without prejudice.

4  IT IS SO ORDERED.

6  Dated: November 16, 2009     _____
7                                UNITED STATES DISTRICT COURT JUDGE

---

Stipulation for Dismissal                                    Case No.: 09-CV-00990-SGL-MAN